IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM REDDING,<br>　　　　*Plaintiff,*<br><br>v.<br><br>PATRICK SWANTON, ET AL,<br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | A-17-CV-00470-ADA |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 53. The report recommends that Defendants Frost and Schwartz's Motions to Dismiss (ECF Nos. 13, 25, 37, 41); Defendants Chavez, Rogers, Stroman, and Swanton's Motions to Dismiss (ECF Nos. 9, 26, 36, 38, 40, 43); Defendant Reyna's Motions to Dismiss (ECF Nos. 35, 39, 42); and Chavez, Rogers, Stroman, and Swanton's Motion to Supplement their Motions to Dismiss (ECF No. 50) be **GRANTED**. The report and recommendation was filed on August 8th, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, no party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske., ECF No. 53, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Frost and Schwartz's Motions to Dismiss (ECF Nos. 13, 25, 37, 41); Defendants Chavez, Rogers, Stroman, and Swanton's Motions to Dismiss (ECF Nos. 9, 26, 36, 38, 40, 43); Defendant Reyna's Motions to Dismiss (ECF Nos. 35, 39, 42); and Chavez, Rogers, Stroman, and Swanton's Motion to Supplement their Motions to Dismiss (ECF No. 50) are **GRANTED.**

**IT IS FINALLY ORDERED** that the case is **DISMISSED.**

**SIGNED** this 28th day of August, 2024.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**